UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

'06 NOV -7 P 4:09

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY BOREK,

    Defendant.

**06 CR288**

Case No. 06-CR
[18 U.S.C. §§ 922(g)(1) and
924(a)(2); 21 U.S.C. §§ 841(a)(1)
and 841(b)(1)(B)]

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. On or about September 5, 2006, in Milwaukee County, in the State and Eastern District of Wisconsin,

**ANTHONY BOREK,**

the defendant herein, knowingly and intentionally possessed with the intent to distribute a controlled substance.

2. The offense involved 500 grams or more of a mixture and substance containing cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

1. On or about September 5, 2006, in Milwaukee County, in the State and Eastern District of Wisconsin,

**ANTHONY BOREK,**

the defendant herein, who previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm which, prior to his possession of it, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2. The firearm is more fully described as a loaded black Taurus, model PT24/7, .45 caliber pistol, bearing serial number NYF98386.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

_____
FOREPERSON
Date: 11-7-06

_____
STEVEN M. BISKUPIC
United States Attorney

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-

        Case No. 06-Cr-288

ANTHONY BOREK,

        Defendant.

### ORDER FOR ISSUANCE OF A WARRANT

Defendant Antony Borek was scheduled for a status hearing on July 15, 2009 but failed to appear.

**NOW THEREFORE BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT**:

1.     A Bench Warrant shall issue forthwith for the arrest of Anthony Borek.

Dated at Milwaukee, Wisconsin, this __15th__ day of July, 2009.

        SO ORDERED,

        **s/ Rudolph T. Randa**
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**