AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

## EASTERN DISTRICT OF WISCONSIN

| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
|---|---|
| V. | CASE NUMBER: 06-Cr-288 |

ANTHONY BOREK
1309 West Whitaker Avenue
Milwaukee, Wisconsin 53221-2351

TO: The United States Marshal
and any Authorized United States Officer

U.S. District Court
Eastern Div. of Wis.
  I hereby certify that this is a true and correct copy of the original now remaining of record in my office.

JON W. SANFILIPPO, clerk

YOU ARE HEREBY COMMANDED to arrest _Anthony Borek_
                                       Name

DATED: 7/15/2009
_____by M ɔik_____ Deputy

and bring him to the Court to answer to an

☐ Indictment  ☐ Information  ☐ Complaint  XX Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense)

Failure to appear before the Court at the Federal Courthouse in Milwaukee, Wisconsin on July 15, 2009 at 9:30 a.m. for a Status Hearing.

in violation of Title 18 United States Code, Section 3143(a).

| HON. RUDOLPH T. RANDA | Chief Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Rudolph T. Randa | July 15, 2009 Milwaukee, WI |
| Signature of Issuing Officer | Date and Location |

Bail Fixed at $_____ by /s/ Rudolph T. Randa
                                    Name of judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at ELKRIDGE, MD | | |
| DATE RECEIVED 6/6/2014 | NAME AND TITLE OF ARRESTING OFFICER DUSM DAVID LUZ | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 6/16/14 | | |